IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JULIO A. OJEDA ORTA,

    Appellant,

                                  Case No.  5D23-0325

v.                                 LT Case No. 16-2021-CA-005251-XXXX-MA

BMO HARRIS BANK, N.A.,

    Appellee.

_____/

Opinion filed May 23, 2023

Appeal from the Circuit Court
for Duval County,
Waddell A. Wallace, Judge.

Julio A. Ojeda Orta, Jacksonville,
pro se.

Kevin P. Robinson, Bradley J.
Anderson and Nicholas J. Mari, of
Zimmerman, Kiser & Sutcliffe, P.A.,
Orlando, for Appellee.

PER CURIAM.

    AFFIRMED.  See Fla. R. App. P. 9.315(a).

WALLIS, EISNAUGLE and MACIVER, JJ., concur.